IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE APPLICATION OF THE UNITED STATES OF AMERICA FOR AN ORDER AUTHORIZING THE INSTALLATION AND USE OF PEN REGISTERS AND TRAP AND TRACE DEVICES | Misc. No. 15-00086<br><br>Filed Under Seal |

## MOTION TO SEAL DOCUMENTS

COMES NOW the United States, by and through its attorney, the United States Attorney for the Southern District of Alabama, and moves the Court to seal the Application For an Order Authorizing the Installation and Use of Pen Registers and Trap and Trace Devices, resulting Order, this Motion, and any associated Order of the Court be sealed until otherwise ordered by the Court.

The United States has filed an application pursuant to 18 U.S.C. § 3123(a) for an order authorizing the installation and use of pen registers and trap and trace devices. The application was approved by the Court, and an Order pursuant to 18 U.S.C. § 3123(b) was entered. Pursuant to 18 U.S.C. § 3123(d)(1), "[a]n order authorizing or approving the installation and use of a pen register or a trap and trace device shall direct that . . . the order be sealed until otherwise ordered by the court . . . ." Government agents from the FBI are currently investigating individuals suspected of alleged criminal activity. This investigation is neither public nor known to all of the targets of the investigation, and its disclosure may alert the targets to the ongoing investigation. Furthermore, the investigation involves electronic data and evidence, and premature disclosure of the details or fact of the investigation may seriously jeopardize the investigation, including by

giving targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior, or notify confederates.

WHEREFORE, the United States moves the Court to seal the Application, resulting Order, this Motion, and any resulting Order until otherwise ordered by the Court.

Respectfully Submitted,

KENYEN R. BROWN
UNITED STATES ATTORNEY

By: /s/ Sean P. Costello
Sean P. Costello
Assistant United States Attorney
United States Attorney's Office
63 South Royal Street, Suite 600
Mobile, Alabama 36602